IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS, | No. CIV S-09-3276-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW L. CATE, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 3). Plaintiff's complaint will be addressed separately.

     Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). While plaintiff has not submitted a certified copy of his prison trust account as required by 28 U.S.C. § 1915(a)(2), he has provided declaration(s) indicating that he has requested such a statement from prison officials but that none has been provided to him. It thus appears that plaintiff's inability to submit a complete in forma pauperis application is no fault of his own, but is due to the inaction of prison officials. Because plaintiff has otherwise demonstrated by affidavit that he is indigent and entitled to in forma pauperis status, the court

will conditionally grant his applications subject to later submission of a certified copy of his prison trust account statement. By separate order the court will direct prison officials to submit a certified copy of plaintiff's trust account statement.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is granted;

        2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

        3.     No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

        4.     Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: March 11, 2010

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE