1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RICHARD MANUEL BURGOS,              No. CIV S-09-3276-MCE-CMK-P

12                    Plaintiff,

13          vs.                         <u>ORDER</u>

14   MATTHEW L. CATE, et al.,

15                    Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is a motion for an extension of time (Doc. 33) to

19   file objections to the court's September 2, 2011, findings and recommendations.

20          The findings and recommendations provided a 14-day objection period from the

21   date the findings and recommendations were served.  That time expired on September 16, 2011.

22   Plaintiff did not sign and send his request until September 23, 2011, well after the time allowed

23   had passed.  Plaintiff indicates he actually received the findings and recommendations on

24   September 7, 2011, so there was no significant delay in the receipt thereof.  The undersigned

25   therefore does not find good cause for plaintiff's request.

26   / / /

                                              1

1
        Accordingly, IT IS HEREBY ORDERED that plaintiff's request (Doc. 33) for

2
additional time to file objections to the September 2, 2011, findings and recommendations is

3
denied.

4

5
  DATED:  September 30, 2011

6
                                      _____
                                        **CRAIG M. KELLISON**

7
                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26