IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS, | No. CIV S-09-3276-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW L. CATE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 14, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 41) which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed June 14, 2012, are ADOPTED IN FULL; and

4  2. Plaintiff's second motion for preliminary injunction (ECF No. 38) is DENIED.

Dated: August 10, 2012

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE