UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

       Plaintiff,

vs.

MATTHEW L. CATE, et al.,

       Defendants.

No. 2:09-cv-3276-MCE-CMK-P

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Richard Manuel Burgos, CDCR # E-63408, a necessary and material witness in a settlement conference in this case on June 13, 2013, is confined in California State Prison, Solano (SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Thursday, June 13, 2013 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Edmund F. Brennan; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:

**WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 1, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE