IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

        Plaintiff,                   No. 2:09-cv-3276-MCE-CMK-P

vs.

MATTHEW L. CATE, et al.,         **ORDER VACATING PRIOR WRIT AND ISSUING AMENDED WRIT OF HABEAS**

        Defendants.         **CORPUS AD TESTIFICANDUM**

/

      Richard Manuel Burgos, CDCR # E-63408, a necessary and material witness in a settlement conference in this case on June 4, 2013, is confined in California State Prison, Solano (SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Tuesday, June 4, 2013 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  The Writ of Habeas Corpus ad Testificandum issued on May 1, 2013, Dckt. No. 59, is VACATED;

      2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as otherwise ordered; and

      3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

      **WE COMMAND** you to produce the inmate named above to testify at the time and place above, until completion of the settlement conference or as otherwise ordered.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 9, 2013

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE