IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS, | No. CIV S-09-3276-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW L. CATE, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 19, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections[1] to the findings and recommendations have been filed.

/ / /

---

[1] Plaintiff filed a notice clarifying to the court that he did not, nor was it his intention to, file objections to these findings and recommendations (Doc. 68).

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the Magistrate Judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed June 19, 2013, are adopted in
5  full;
6  2. Plaintiff's motion for temporary restraining order (Doc. 50) is denied.
7  Date: August 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT