IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,         No. CIV S-09-3276-MCE-CMK-P

    Plaintiff,

  vs.         <u>ORDER</u>

MATTHEW L. CATE, et al.,

    Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's latest filed motion for temporary restraining order (Doc. 55).  Prior to ruling on this motion, the court requires a response to the motion from the defendants.

      Accordingly, IT IS HEREBY ORDERED that the defendants file a response to plaintiff's motion for temporary restraining order (Doc. 55) within 30 days of the date of this order.

DATED: August 20, 2013

                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE

1