UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT LONG, et al.,<br><br>           Defendants. | No.  2:09-cv-3276-MCE-CMK P |
| RICHARD MANUEL BURGOS,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT LONG, et al.,<br><br>           Defendants. | No.  2:10-cv-3274-GEB-EFB P<br><br>ORDER RE SETTLEMENT & DISPOSITION[1] |

A full and final settlement of the above cases was reached at a Settlement Conference conducted in Courtroom No. 8 on November 21, 2013.

/////

/////

---

[1] On November 22, 2013, the court entered this order in 2:10-cv-3274 but failed to issue it in the 09-cv-3276 case.

1

1       As stated on the record on November 21, 2013, the court orders that dispositional
2  documents are to be filed not later than May 20, 2014.
3       All hearing dates set in the above-captioned cases are VACATED and all pending motions
4  are denied as moot.
5       <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
6  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
7  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
8       IT IS SO ORDERED.
9  DATED: January 23, 2014.
10                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE